LILLIAN M. POPIELAWSKI, Appellant, *v.* FREDERICK A. GIMBEL, Respondent, Impleaded with Another.

(Argued June 8, 1932; decided July 19, 1932.)

*Harry A. Gordon* for appellant.

*George W. Whiteside* and *J. Arthur Leve* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.